846 A.2d 594

IN THE MATTER OF SAMUEL MANDEL, AN ATTORNEY AT LAW (ATTORNEY NO. 249991968).

April 26, 2004.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–301, concluding that **SAMUEL MANDEL** of **MOORESTOWN**, who was admitted to the bar of this State in 1968, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with the client), *RPC* 1.1(b) (pattern of neglect); and good cause appearing;

It is ORDERED that **SAMUEL MANDEL** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 24, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.